**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| MR. KERIUM ALLEN GARRICK, SR. #853734 -CFCF, | : No. 105 EM 2014 |
| Petitioner | : |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA, (WARDEN (CFCF) MICHELLE FARRELL & WARDEN (D.C.) JOHN DELANEY, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 12th day of September, 2014, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus are **DISMISSED**. See Commonwealth v. Reid, 642 A.2d 453 (Pa. 1994) (hybrid representation not permitted). The Prothonotary is directed to forward the filings to counsel of record.